UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EDWIN MEJIA, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 13-cv-11500-IT |
| | * | |
| GARY RODEN, | * | |
| | * | |
| Respondent. | * | |

ORDER

September 10, 2014

TALWANI, D.J.

Because Petitioner Edwin Mejia did not respond to either of Respondent Gary Roden's motions to dismiss [#23, 27] nor to this court's August 11, 2014 order [#28] directing him to show cause, Roden's Motion to Dismiss Petition for Lack of Prosecution [#27] is ALLOWED. Roden's Motion to Dismiss the Petition for a Writ of Habeas Corpus [#23] is accordingly MOOT. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge